■ In the Matter of OSCAR S. MANN, an Attorney.—Respondent rein-

stated as an attorney and counselor at law of the State of New York. Concur —Markewich, J. P., Kupferman, Murphy, Lupiano and Birns, JJ.